UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re )
)
SHANE M. HAFFEY, ) Case No. 3:19-bk-03711-JAF
) Chapter 11
Debtor*. )
)

# NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on January 6, 2021 at 2:30 P.M. on the following matter:

   Motion for Leave to Withdraw as Counsel (Dkt. No: 81)

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. <u>Telephonic Appearance Requirement</u>. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone.

---

* All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

Implemented 4/30/2019                                                          Revised 3/23/2020

For Judge Delano, Funk, Jackson, Jennemann, McEwen, or Vaughan], parties should arrange a telephonic appearance through Court Call (866-582-6878).

Dated: November 30, 2020.

/s/ Thomas C. Adam

Thomas C. Adam
Florida Bar No. 648711
ADAM LAW GROUP, P.A.
326 North Broad Street, Suite 208
Jacksonville, FL 32202
(904) 329-7249
(904) 615-6561 facsimile
tadam@adamlawgroup.com

**Certificate of Service**

I HEREBY CERTIFY that on this 30th day of November, 2020 true and correct copy was served via U.S. First Class Mail or electronic transmission to all parties on the attached creditor matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:19-bk-03711-JAF<br>Middle District of Florida<br>Jacksonville<br>Mon Nov 30 09:26:52 EST 2020 | Deutsche Bank Trust Company Americas<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave.<br>Suite 100<br>Boca Raton, FL 33487-2853 | Kentucky Department of Revenue<br>P O Box 5222<br>Frankfort, KY 40602-5222 |
| United States Trustee - JAX 13/7 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Commonwealth of Kentucky<br>Department of Revenue<br>501 High Street<br>Frankfort, KY 40601-2103 | Deutsche Bank Trust<br>Company Americas<br>1761 East Street<br>Andrew Place<br>Santa Ana, CA 92705-4934 |
| Deutsche Bank Trust Company<br>1761 East St. Andrew Place<br>Santa Ana, CA 92705-4934 | Deutsche Bank Trust Company Americas, as Tru<br>PHH Mortgage Corporation<br>Attn: Bankruptcy Department PO Box 24605<br>West Palm Beach, FL 33416-4605 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | (p)G  L  A  COLLECTION CO  INC<br>PO BOX 588<br>GREENSBURG IN 47240-0588 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL SUPPORT BRANCH<br>P O BOX 5222<br>FRANKFORT KY 40602-5222 | Kentucky Department of<br>Revenue<br>501 High Street<br>Frankfort, KY 40601-2103 | Marion County Tax Collector<br>P.O. Box 970<br>Ocala FL 34478-0970 |
| National Recovery Agency<br>Attn: Bankruptcy<br>Po Box 67015<br>Harrisburg, PA 17106-7015 | Seabrook Island Club<br>3772 Seabrook Island Rd.<br>Johns Island, SC 29455-6024 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Douglas W Neway - Chapter 12 Trustee<br>Post Office Box 4308<br>Jacksonville, FL 32201-4308 | Shane M. Haffey<br>2083 NW 165th Ct. Rd.<br>Dunnellon, FL 34432-1237 | Thomas C Adam<br>Adam Law Group, P.A.<br>326 North Broad Street, Suite 208<br>Jacksonville, FL 32202-4804 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FIA Card Services NA<br>1100 North King Street<br>Wilmington, DE 19884 | GLA Collection Company<br>Attn: Bankruptcy<br>Po Box 588<br>Greensburg, IN 47240 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     0<br>Total                  20 |