**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: May 11, 2021**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                        Case No. 3:19−bk−03711−JAF
                                                              Chapter 12

Shane M. Haffey

_____Debtor*_____/

### ORDER DENYING MOTION TO STAY/PLACE CASE IN ABEYANCE FOR SANCTIONS AGAINST ATTORNEY THOMAS ADAM AND FOR AN ORDER TO SHWO CAUSE WHY THOMAS ADAM SHOULD NOT BE HELD IN CIVIL CONTEMPT

THIS CASE came on for consideration, without hearing, of the Place Case in Abeyance for Sanctions against Attorney Thomas Adam and for an Order to Show Cause why Thomas Adam should not be held in Civil Contempt filed by the Debtor , Doc. # 164 . After review, the Court determines that the motion is deficient as follows:

> Service upon the individual respondent at the individual's dwelling house or usual place of abode or to the place where the individual regularly conducts a business or profession is not indicated. Fed. R. Bankr. P. 7004(b)(1).

.

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.